# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-31299 |
| | ) | |
| FRANCESCO PERFETTI | ) | Chapter 7 |
| | ) | Hearing Date: 3/1/2016 @ 9:30 a.m. |
| Debtors | ) | Judge Deborah L. Thorne |

## NOTICE OF MOTION

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, March 1, 2016** at **9:30 a.m.**, or as soon as counsel may be heard, I shall appear before the Honorable Deborah L. Thorne, or any Judge sitting in his stead at the Dirksen Federal Building at **219 S. Dearborn, Room 613, Chicago, Illinois**, and then and there present the attached ***DEBTOR'S MOTION TO RE-OPEN PROCEEDINGS FOR THE PURPOSE OF PROPERLY FILING CERTIFICATE OF DEBTOR EDUCATION***, at which time you may appear if you see fit.

/s/ Arthur C. Czaja
_____

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was mailed to the persons identified on the attached service list and sent to those individuals via ECF as indicated on the attached service list, to their respective addresses, postage prepaid, by depositing in the U.S. Mail at 7521 N. Milwaukee Ave., Niles, IL 60714, before 6:00 p.m. on or before February 12, 2016.

/s/ Arthur C. Czaja
_____

Arthur C. Czaja (ARDC# 6291494)
Law Office of Arthur C. Czaja & Associates
7521 N. Milwaukee Ave.
Niles, IL 60714
(847) 647-2106 (Telephone)
(847) 647-2057 (Facsimile)
arthur@czajalawoffices.com

**SERVICE LIST**:

*Debtor*:
Mr. Francesco Perfetti
2045 Halsey Drive
Des Plaines, IL 60018
(Via US mail, postage prepaid)

*US Trustee*:
Mr. Patrick S. Layng, Esq.
United States Trustee
Dirksen Federal Court House
219 South Dearborn Street, Suite 873
Chicago, IL 60604
(Via Electronic Notice through ECF and Via US Mail, postage prepaid)

*Interim Trustee*:
Mr. Robert B. Katz, Esq.
Law Offices of Robert B. Katz
53 W. Jackson Blvd.
Suite 1320
Chicago, IL 60604
(Via Electronic Notice through ECF and Via US Mail, postage prepaid)

*Debtor's Prior Counsel*:
Mr. Michael G. Conrad
Conrad & Associates
1561 Oakton Street
Des Plaines, IL 60018
(Via Electronic Notice through ECF and Via US Mail, postage prepaid)

CREDITORS:
American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998
(Via US mail, postage prepaid)

American Honda Finance
Po Box 168088
Irving, TX 75016
(Via US mail, postage prepaid)

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410
(Via US mail, postage prepaid)

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065
(Via US mail, postage prepaid)

Beneficial/hfc
Po Box 3425
Buffalo, NY 14240
(Via US mail, postage prepaid)

Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093
(Via US mail, postage prepaid)

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130
(Via US mail, postage prepaid)

Chase Auto
Po Box 15298
Wilmington, DE 19850
(Via US mail, postage prepaid)

Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City, MO 64195
(Via US mail, postage prepaid)

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007
(Via US mail, postage prepaid)

Diversified Svs Group
1824 W Grand Ave Ste 200
Chicago, IL 60622
(Via US mail, postage prepaid)

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040
(Via US mail, postage prepaid)

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256
(Via US mail, postage prepaid)

Guglielmo Perfetti
2045 Halsey Dr.
Des Plaines, IL 60018
(Via US mail, postage prepaid)

Harris N.a.
Bmo-Harris Bank/Attention: Legal Service
1100 W. Monroe 421 E
Chicago, IL 60603
(Via US mail, postage prepaid)

Italo Perfetti
2045 Halsey Dr.
Des Plaines, IL 60018
(Via US mail, postage prepaid)

Law Offices of Tracy M. Rizzo, P.C.
30 N. LaSalle St., Ste. 2340
Chicago, IL 60602
(Via US mail, postage prepaid)

Med Busi Bur
1460 Renaissance Dr
Park Ridge, IL 60068
(Via US mail, postage prepaid)

Pellettieri
991 Oak Creek Dr
Lombard, IL 60148
(Via US mail, postage prepaid)

Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541
(Via US mail, postage prepaid)

State Collection Servi
Attn: Bankruptcy
2509 S Stoughton Rd
Madison, WI 53716
(Via US mail, postage prepaid)

Trestana Perfetti
2045 Halsey Dr.
Des Plaines, IL 60018
(Via US mail, postage prepaid)

Wfnnb/harlem
Attention: Bankruptcy
Po Box 182685
Columbus, OH 43218
(Via US mail, postage prepaid)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-31299 |
| | ) | |
| FRANCESCO PERFETTI | ) | Chapter 7 |
| | ) | Hearing Date: 3/1/2016 @ 9:30 a.m. |
| Debtors | ) | Judge Deborah L. Thorne |

**DEBTOR'S MOTION TO RE-OPEN PROCEEDINGS FOR THE PURPOSE OF PROPERLY FILING CERTIFICATE OF DEBTOR EDUCATION**

NOW COMES the Debtor, FRANCESCO PERFETTI, by and through his attorney, Arthur C. Czaja, and moves this Court pursuant to 11 U.S.C. 350 to reopen the Debtor's Chapter 7 and vacate the Order dismissing this case so that the Debtor can properly file a Certificate of Debtor Education and receive an Order of Discharge. In support thereof, the Debtor states as follows:

1. Debtor filed his Petition for relief pursuant to Chapter 7 of Title 11 U.S.C. on 8/07/2012.

2. On 12/06/2012 the United States Bankruptcy Court closed Debtor's case without discharge due to Debtor's failure to timely file Official Form 23, Debtors' Certification of Completion of Instructional Course Concerning Personal Financial Management. Attached hereto and incorporated herein as **Exhibit 1** is a copy of the electronic docket in the Debtor's Bankruptcy case.

3. The Debtor timely completed his Personal Financial Management Course on November 26, 2012.

4. Unfortunately, the Debtor's prior attorney did not timely file the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

5. However, through an apparent oversight, on December 5, 2013, nearly one year after the Debtor's Chapter 7 Bankruptcy case was closed without entry of a Discharge, the Debtor's prior attorney filed the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. See **Exh. 1**. Attached hereto and incorporated herein as **Exhibit 2** is a copy of the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management that was filed in this case on December 5, 2013 and a copy of the Certificate of Debtor Education issued by Debt Education and Certification Foundation bearing a certificate date of November 26, 2012.

6. The Debtor's prior attorney failed to pay the fee to reopen the Debtor's Chapter 7 Bankruptcy case and failed to file a motion to re-open the Debtor's Chapter 7 Bankruptcy case in order to vacate the order of dismissal in order to properly file the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

7. The Debtor timely completed the Instructional Course Concerning Personal Financial Management, but through an apparent oversight the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management was not timely filed in this case.

8. All fees to re-open the case have now been paid.

9. The Debtor now requests that their case be reopened and that the order dismissing his case be vacated so that he might properly file this certificate with the Court.

10. Upon properly filing this certificate, the Debtor will be eligible to receive his discharge pursuant to Chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtor, FRANCESCO PERFETTI, prays this Honorable Court reopen his case for the purpose of allowing the Debtor to properly file his Certificate of Debtor Education and thus allow his case to be discharged.

        Respectfully submitted,

        /s/ Arthur C. Czaja

        _____

Arthur C. Czaja (ARDC# 6291494)
Law Office of Arthur C. Czaja & Associates
7521 N. Milwaukee Ave.
Niles, IL 60714
(847) 647-2106 (Telephone)
(847) 647-2057 (Facsimile)
arthur@czajalawoffices.com