**12-31299** Francesco Perfetti
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Honorable Judge:** Eugene R. Wedoff
**Date filed:** 08/07/2012 **Date of last filing:** 12/05/2013
**Date terminated:** 12/06/2012

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | Filed & Entered: | 08/07/2012 | Voluntary Petition (Chapter 7) |
| 2 | Filed & Entered: | 08/07/2012 | Declaration Re: Electronic Filing of Petition and Accompanying Documents. |
| 3 | Filed & Entered: | 08/07/2012 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A. |
| 4 | Filed & Entered: | 08/07/2012 | Statement About Social Security Numbers |
| 5 | Filed & Entered: | 08/07/2012 | Certificate of Credit Counseling |
| 6 | Filed & Entered: | 08/07/2012 | Auto Docket of Credit Card |
| 7 | Filed & Entered: | 08/07/2012 | Meeting (Chapter 7) |
| 8 | Filed & Entered: | 08/08/2012 | Notice of Chapter 7 Bankruptcy Case |
| 9 | Filed: Entered: | 08/08/2012 08/10/2012 | BNC Certificate of Notice - Meeting of Creditors |
| 10 | Filed & Entered: | 08/26/2012 | Request for Service of Notices |
| 11 | Filed & Entered: | 10/05/2012 | Chapter 7 Trustee's Report of No Distribution |
| 12 | Filed & Entered: | 11/05/2012 | Notice of Required Document(s) for Discharge - Auto |
| 13 | Filed: Entered: | 11/05/2012 11/07/2012 | BNC Certificate of Notice - Notice of Required Document(s) for Discharge |
| 14 | Filed & Entered: | 12/06/2012 | Case Closed Without Discharge |
| 15 | Filed: Entered: | 12/06/2012 12/08/2012 | BNC Certificate of Notice - Notice of Chapter 7 Case Closed Without Discharge |
| 16 | Filed & Entered: | 12/05/2013 | Certification About a Financial Management Course |

**PACER Service Center**

EXHIBIT

1

ALL-STATE LEGAL®

## Transaction Receipt

| 02/12/2016 16:40:15 | | | |
|---|---|---|---|
| **PACER Login:** | arthurczaja:3679093:0 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 12-31299 Type: History |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |