UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 12-31299 |
| --- | --- | --- |
| FRANCESCO PERFETTI | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| Debtor(s) | ) | |

## ORDER REOPENING CASE

THIS CAUSE COMING ON TO BE HEARD on the Motion of Debtor To Reopen his Chapter 7 case, due notice having been given, and the Court being duly advised in the premises; IT IS HEREBY ORDERED:

(1) The Clerk is directed to reopen this case upon payment of the required fee for the purpose of allowing the Debtor's Certificate of Completion of Financial Management Course/Debtor Education Course and Supporting/Court Form 23 Certificate Concerning Financial Management filed in this case on December 5, 2013 without leave of Court and without paying the filing fee to be deemed properly filed, thus allowing this case to be discharged;

(2) That upon the reopening of the case, the Clerk's Office shall enter a discharge and reclose the case.

Enter: /s/ Bruce W. Black

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: March 23, 2016

**Prepared by:**

Arthur C. Czaja (ARDC# 6291494)
Law Office of Arthur C. Czaja & Associates
7521 N. Milwaukee Ave.
Niles, IL 60714
(847) 647-2106 (Telephone)
(847) 647-2057 (Facsimile)
arthur@czajalawoffices.com