| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Francesco Perfetti** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1104** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | |
| Case number:   **12–31299** | |

## Order of Discharge                                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Francesco Perfetti

March 23, 2016                                         **For the court:**        Jeffrey P. Allsteadt, Clerk
                                                                                 United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Francesco Perfetti  
      Debtor

Case No. 12-31299-ERW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: nbatson     Page 1 of 2     Date Rcvd: Mar 23, 2016  
                      Form ID: 318     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2016.

```
db            +Francesco Perfetti,    2045 Halsey Dr.,    Des Plaines, IL 60018-4044
19287720      +Chase Auto,    Po Box 15298,    Wilmington, DE 19850-5298
19287726      +Guglielmo Perfetti,    2045 Halsey Dr.,    Des Plaines, IL 60018-4044
19287727      +Harris N.a.,    Bmo-Harris Bank/Attention: Legal Service,    1100 W. Monroe 421 E,
                Chicago, IL 60607-2496
19287728     #+Italo Perfetti,    2045 Halsey Dr.,    Des Plaines, IL 60018-4044
19287729      +Law offices of Tracy M. Rizzo, P.C.,    30 N. LaSalle St., Ste. 2340,    Chicago, IL 60602-3362
19287730      +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
19287733      +State Collection Servi,    Attn: Bankruptcy,    2509 S Stoughton Rd,    Madison, WI 53716-3314
19287734      +Trestana Perfetti,    2045 Halsey Dr.,    Des Plaines, IL 60018-4044
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr            +QRBKATZ.COM Mar 24 2016 00:58:00     Robert B Katz, ESQ,    Law Offices Of Robert B Katz,
                53 West Jackson Blvd,    Suite 1320,    Chicago, IL 60604-4174
19287714       EDI: HNDA.COM Mar 24 2016 00:58:00      American Honda Finance,    Po Box 168088,
                Irving, TX 75016
19287713      +EDI: AMEREXPR.COM Mar 24 2016 00:53:00      American Express,
                American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19361730      +EDI: ATLASACQU.COM Mar 24 2016 00:53:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
19287715       EDI: BANKAMER.COM Mar 24 2016 00:53:00      Bank Of America,    Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410
19287716      +EDI: BANKAMER.COM Mar 24 2016 00:53:00      Bank Of America, N.a.,    450 American St,
                Simi Valley, CA 93065-6285
19287717      +EDI: HFC.COM Mar 24 2016 00:53:00      Beneficial/hfc,    Po Box 3425,    Buffalo, NY 14240-3425
19287721       EDI: CITICORP.COM Mar 24 2016 00:53:00      Citibank Usa,
                Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,    Kansas City, MO 64195
19287718      +EDI: CAPONEAUTO.COM Mar 24 2016 00:58:00      Capital One Auto Finance,    3905 N Dallas Pkwy,
                Plano, TX 75093-7892
19287718      +E-mail/Text: coafinternalbkteam@capitaloneauto.com Mar 24 2016 01:32:11
                Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
19287719      +EDI: CAPITALONE.COM Mar 24 2016 00:53:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
                Po Box 30285,    Salt Lake City, UT 84130-0285
19287722      +EDI: CMIGROUP.COM Mar 24 2016 00:48:00      Credit Management Lp,    4200 International Pkwy,
                Carrollton, TX 75007-1912
19287723      +E-mail/Text: asaravia@dsgcollect.com Mar 24 2016 01:29:31      Diversified Svs Group,
                1824 W Grand Ave Ste 200,    Chicago, IL 60622-6721
19287724      +EDI: TSYS2.COM Mar 24 2016 00:53:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
19287725      +E-mail/Text: bknotice@erccollections.com Mar 24 2016 01:30:07      Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19287732       EDI: PRA.COM Mar 24 2016 00:58:00      Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
                Norfolk, VA 23541
19287731      +E-mail/Text: mmrgbk@miramedrg.com Mar 24 2016 01:30:06      Pellettieri,    991 Oak Creek Dr,
                Lombard, IL 60148-6408
19287735      +EDI: WFNNB.COM Mar 24 2016 00:58:00      Wfnnb/harlem,    Attention: Bankruptcy,    Po Box 182685,
                Columbus, OH 43218-2685
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2016                        Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: nbatson            Page 2 of 2              Date Rcvd: Mar 23, 2016
                               Form ID: 318             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2016 at the address(es) listed below:

        Arthur  Czaja    on behalf of Debtor 1 Francesco  Perfetti arthur@czajalawoffices.com
        Michael G Conrad    on behalf of Debtor 1 Francesco  Perfetti Michael@Conrad-Associates.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com

        TOTAL: 4